IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

v.

JAMES K. LAND,                                          Case No: 25-cr-63-wmc-11

Defendant.

TO THE UNITED STATES MARSHAL FOR THE WESTERN DISTRICT OF
WISCONSIN, WARDEN, OR ANY OTHER PERSON HAVING LAWFUL CUSTODY
OF THE ABOVE-NAMED DEFENDANT.

GREETINGS:

WE COMMAND YOU, that you have the body of

JAMES K. LAND,

now detained in the Dane County Jail, under safe and secure conduct at Room 250,

United States Courthouse, 120 North Henry Street, Madison, Wisconsin 53703,

commencing on March 12, 2026, at 11:30am, for the purpose of a Plea Hearing and for

any other proceedings scheduled by the court herein.

WITNESS, the Honorable United States Magistrate Judge for the Western District

of Wisconsin, at Madison, Wisconsin, Western District of Wisconsin, on this __5th_ day

of March, 2026.

JOEL TURNER, Clerk
United States District Court
Western District of Wisconsin

By: _____, Deputy Clerk
Clerk

I hereby certify and return that I have (partially/fully)

executed this Writ by delivering said prisoner to:

_____ on ___3/12/26___

Kim V. Gaffney, U.S. Marshal

By_____, Deputy